FILED
ASHEVILLE, N.C.

SEP 27 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| In the matter of the search of: | ) | DOCKET NO. 1:06MJ 253 |
| | ) | |
| 134 Banks Road | ) | ORDER TO SEAL |
| Kings Mountain, NC | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Search Warrant, Application, Affidavit, and the Motion to Seal be sealed until further order of the court.

This the 26 day of September, 2006.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE