UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

1:06mj253

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SEARCH WARRANT AND AFFIDAVIT ) | |
| AT 134 BANKS ROAD, KINGS ) | ORDER |
| MOUNTAIN, NORTH CAROLINA, ET ) | |
| AL. ) | |

Upon the motion of the United States this date, the Court unseals the case herein and the affidavit of IRS agent Eric Veater.

This the 13th day of March, 2007

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE

FILED
ASHEVILLE, N.C.
MAR 13 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.